NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000682
08-NOV-2019
10:03 AM

NO. CAAP-18-0000682

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DENA RAMIREZ, Petitioner-Appellee, v.
SERGIO RAMIREZ, Respondent-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-D NO. 18-1-0246)

ORDER OF CORRECTION
(By: Leonard, J., for the court)[1]

It IS HEREBY ORDERED that the Summary Disposition Order filed on October 8, 2019, is corrected by replacing "(CR./CIVIL/S.P.P. NO.)" with "(FC-D NO. 18-1-0246)" in the case caption on page 1 at line 7 from the top so that as corrected, the text reads: "(FC-D NO. 18-1-0246)".

The Clerk of the Court is directed to incorporate the foregoing change in the original summary disposition order.

DATED: Honolulu, Hawai'i, November 8, 2019.

FOR THE COURT:

Associate Judge

---

[1] Ginoza, Chief Judge, Fujise and Leonard, JJ.